IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK LACEY, individually, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:23-cv-00221 |
| v. ) | |
| ) | Honorable Nancy L. Maldonado |
| MERIDIAN HOSPICE, INC., an Illinois ) | Honorable M. David Weisman |
| corporation; ADVOCATE AURORA ) | |
| HEALTH, INC., a Delaware corporation; and ) | |
| ADVOCATE HEALTH CARE ) | |
| NETWORK, an Illinois corporation, ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO RULE 41(a)(1)(A)(ii)**

COME NOW Plaintiff, Mark Lacey ("Plaintiff"), and Defendants, MERIDIAN HOSPICE, INC., ADVOCATE AURORA HEALTH, INC., and ADVOCATE HEALTH CARE NETWORK, INC. ("Advocate" or "Defendants"), by and through undersigned counsel, and hereby stipulate and therefore move pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), for an Order dismissing Plaintiff's Complaint and all causes of action against Defendants, with prejudice, each party to bear his/its own fees and costs.

Dated: February 2, 2024

| | |
|---|---|
| By /s/ Brian J. Lawler | By: /s/ Heather A. Bailey |
| Brian J. Lawler | Heather A. Bailey, Esq. |
| PILOT LAW, P.C. | Amundsen Davis, LLC |
| 4632 Mt. Gaywas Dr. | 150 N. Michigan Ave., Suite 3300 |
| San Diego, CA 92117 | Chicago, IL 60601 |
| Tel: (619) 255-2398 | Tel: (312) 894-3266 |

Email: blawler@pilotlawcorp.com

Nicholas Kreitman
Kreitman Law, LLC
22 W. Washington St., 15th Floor
Chicago, IL 60602
Tel: (847) 970-0575
Email: njk@kreitmanlaw.com

*Counsel for Plaintiff*

Email: Hbailey@amundsendavislaw.com

Michael F. Hughes
Amundsen Davis, LLC
3815 E. Main St., Suite A-1
St. Charles, IL 60174
Tel: (630) 587-7925
Email: mhughes@amundsendavislaw.com

*Counsel for Advocate*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on February 2, 2024, the foregoing *Joint Stipulation of Dismissal with Prejudice* was filed electronically using the ECF system, which will send notification of such filing to all counsel of record at their e-mail addresses on file with the Court.

                                                              *s/ Brian J. Lawler*
                                                              Brian J. Lawler