# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Mark Lacey

                        Plaintiff,

v.                                                     Case No.: 1:23–cv–00221
                                                                      Honorable Nancy L. Maldonado

Meridian Hospice, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 5, 2024:

      MINUTE entry before the Honorable Nancy L. Maldonado: Pursuant to the parties' joint stipulation of dismissal under Rule 41(a)(1)(A)(ii), Plaintiff's claims against Defendants are dismissed with prejudice, with each party to bear their own fees and costs. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.